*William T. Plumb* for appellant.

*Charles B. Bechtold* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.

MARIE Z. HORNKOHL, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued April 18, 1938; decided May 17, 1938.

*Arthur C. Mandel* for appellant.

*William C. Chanler, Corporation Counsel* (*Nicholas Bucci, Paxton Blair* and *Arthur Bainbridge Hoff* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Lands for the Purpose of Establishing a Public Beach in the Borough of Brooklyn.

FREDERICK RABBE, as Trustee, et al., Respondents; ROBERT J. STEPHENSON, as Executor of AGNES M. STEPHENSON, Deceased, Appellant.

Argued April 18, 1938; decided May 17, 1938.